IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-34172 |
| CLAYTON L. JACKSON JR | § | |
| | § | CHAPTER 13 |
| DEBTOR | § | |

### NOTICE OF HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 4 BY CERASTES LLC C/O WEINSTEIN, PINSON AND RILEY, PS (DOC NO. 46 AND 48)

The hearing on Debtor's Objection to Claim No. 4 will take place on March 19, 2015 at

2:30 PM at 515 Rusk, Houston TX 77002 at Courtroom No. 600.


Dated: February 9, 2015          Respectfully submitted,

By:*/s/ Anis Damani*
    ANIS DAMANI
    State Bar No. 24072059
    8303 Southwest FWY, Ste. 111
    Houston, TX 77074
    (832) 333-7000
    (866) 483-6981
    anisdamani@yahoo.com
    Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on the following

parties, and on the attached list, if any, by first-class mail or by electronic service on 2/9/2015:

1- Chapter 13 Trustee via Court's ECF Service;

2- Debtor via First-Class Mail at the following address:
403 Pindale Ave.,
Rosharon, TX 77583

3- Claimant CERASTES, LLC C/O WEINSTEIN, PINSON AND RILEY, PS
Through its Attorney WEINSTEIN, PINSON AND RILEY, PS
Via Email at: bncmail@w-legal.com
And via first class mail at the following address:
2001 Western Avenue, STE 400
Seattle, WA 98121

By: */s/ Anis Damani*
**ANIS DAMANI**
State Bar No. 24072059
S.D. Tex. Bar. No. 1120911
8303 Southwest FWY, Ste. 111
Houston, TX 77074
(832) 333-7000
(866) 483-6981
anisdamani@yahoo.com
Attorney for Debtor